435 A.2d 253

Commonwealth v. Heidnik, Appellant.

Petition for Allowance of Appeal Denied Sept. 15, 1981.

Argued June 11, 1980. Jack J. Bulkin, for appellant; Lee M. Kaplan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and CIRILLO, JJ.*

Judgment of sentence affirmed.